UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| BILLY NELSON, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| VS. § | 3:20-CV-00133 |
| § | |
| PNK (LAKE CHARLES) LLC, § | |
| § | |
| *Defendant*. § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On September 15, 2020, all non-dispositive pretrial matters in this case were referred to United States Magistrate Judge Andrew M. Edison pursuant to 28 U.S.C. § 636(b)(1)(A). Dkt. 20. On September 25, 2020, Judge Edison filed a memorandum and recommendation (Dkt. 25) recommending that the plaintiff's motion to remand (Dkt. 9) be **DENIED**.

No objections have been filed to the memorandum and recommendation. Accordingly, the Court reviews the memorandum and recommendation for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also* FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED and ADJUDGED** that:

(1) Judge Edison's Memorandum and Recommendation (Dkt. 25) is **APPROVED and ADOPTED** in its entirety as the holding of the Court; and

(2) Plaintiff's Motion to Remand (Dkt. 9) is **DENIED**.

Signed on Galveston Island on this, the 13th day of October, 2020

                                                  _____
                                                  JEFFREY VINCENT BROWN
                                                  UNITED STATES DISTRICT JUDGE