UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| BILLY NELSON | CASE NO. 2:20-CV-01350 |
| VERSUS | JUDGE JAMES D. CAIN, JR. |
| PENN NATIONAL GAMING INC ET AL | MAGISTRATE JUDGE WHITEHURST |

### JUDGMENT OF DISMISSAL WITHOUT PREJUDICE

Considering the parties' Agreed Stipulation to Dismiss without Prejudice [doc 38],

IT IS HEREBY ORDERED that the parties' Agreed Stipulation to Dismiss without Prejudice is GRANTED; and the Plaintiff's Petition is DISMISSED without prejudice to refile, with each party to bear its own costs.

THUS DONE AND SIGNED in Chambers on this 12th day of November, 2020.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE